UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLARD E. BARTEL,
as personal representative
of the ESTATE OF
RONALD L. KARNS

CIVIL ACTION

NO. 14-306-JJB-RLB

VERSUS

CROWLEY MARINE SERVICES, INC.,
as successor by merger to DELTA
STEAMSHIP LINES, INC. f/k/a
MISSISSIPPI SHIPPING COMPANY, ET AL

**RULING**

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Richard L. Bourgeois, Jr. dated October 1, 2014 (doc. no. 9) to which no

objection has been filed.

The court hereby approves the report and recommendation of the magistrate

judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion

to Remand is GRANTED and this matter is REMANDED to the 19th Judicial District

Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this ___ day of October, 2014.


JAMES J. BRADY
UNITED STATES DISTRICT JUDGE